UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHELLE SPINO,<br><br>　　　　　　Defendant. | No. 2:13-cv-2600 DAD P<br><br><br>ORDER |

　　　　Plaintiff is a former state prisoner, now on parole, who proceeds pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Although plaintiff filed a motion to proceed in forma pauperis while he was incarcerated at the Yuba County Jail (ECF No. 6), the affidavit filed in support of the motion was incomplete:  the certificate portion of the affidavit was not completed, nor did plaintiff provide a certified copy of his jail trust account statement.  See 28 U.S.C. § 1915(a)(2).

　　　　Plaintiff will be accorded the opportunity to submit a new motion to proceed in forma pauperis.  Because plaintiff is now no longer incarcerated, he must complete and submit the in forma pauperis application used by nonprisoners, or pay the $400.00 filing fee.  Plaintiff will be granted thirty days to comply with this order.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty (30) days after the filing date of this order, submit a properly completed application to proceed in forma pauperis on the form provided with this order, OR pay the $400.00 filing fee.

2. Failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis by a Nonprisoner.

Dated: June 9, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hols2600.3a.nonpr.

2